USDC SCAN INDEX SHEET

















GAC    8/16/06    15:38

3:05-CV-02299   PURE BIOSCIENCE V. FALKEN INDUSTRIES

*11*

*O.*

FILED

06 AUG 15  AM 9: 35

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___PDC___                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE fka Innovative Medical Services, a California corporation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>FALKEN INDUSTRIES, Ltd., a New Jersey corporation,<br><br>                              Defendant. | CASE NO. 05-CV-2299 WQH (BLM)<br><br>**ORDER RE: MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DOC. NO. 7)** |

On August 3, 2006, the parties submitted a Stipulation for Continued Hearing Date re Falken's Pending Motion to Dismiss on Jurisdictional Grounds ("Stipulation"). Prior to the submission of the Stipulation, the Court was made aware that the parties may be engaged in settlement negotiations, and that this is the reason for their wishing to continue the hearing date on Falken's Motion, which was filed on January 26, 2006 (doc. no. 7). The Court, however, declines to continue the hearing date, and instead hereby **DENIES WITHOUT PREJUDICE** Falken's Motion (doc. no. 7). Falken may refile its Motion at a later date.

**IT IS SO ORDERED.**

Dated: _8/14/06_

_____
WILLIAM Q. HAYES
United States District Judge

- 1 -                                              05cv2299

1 cc: Magistrate Judge Barbara L. Major
     All parties and counsel of record

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05cv2299