```
1  CHARLES E. BRUMFIELD, ESQ. [SBN # 56636]
   c/o PURE BIOSCIENCE
2  1725 Gillespie Way
   El Cajon, California 92020
3  Phone: 619-596-8600 ext. 138
   Fax: 619-596-8790
4
5  Attorney for PURE
```

FILED
2006 NOV 30 AM 8:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE<br>fka Innovative Medical Services,<br>a California corporation<br><br>            Plaintiff,<br><br>vs.<br><br>Falken Industries, Ltd.,<br>a New Jersey corporation<br><br>            Defendant. | Case No.: 05CV2299 WQH (BLM)<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**<br><br><br><br>Judge William Q. Hayes, presiding |

**ORIGINAL**

1  Pursuant to the terms of the approved Global Settlement Agreement
2  on file with this Court in case # 05-CV-2020-L (NLS), the parties
3  hereto jointly stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), to an
4  order dismissing this entire case <u>with prejudice</u>, and each hereby
5  waives any right to appeal or otherwise contest any order of the Court
6  entered pursuant thereto.  The parties shall each bear their own fees
7  and costs associated with this litigation.

8

9  Respectfully submitted,

10

11

12  _____        _____
    Joel S. Seidel,                        CHARLES E. BRUMFIELD,
13  Attorney for Falken                    Attorney for PURE

14

15  Dated: November 7, 2006                Dated: November 6th, 2006

16

17

18

19

20

21
                                           IT IS SO ORDERED,
22                                         DATED 11/28/06

23
                                           _____
24                                         UNITED STATES DISTRICT JUDGE

25

26

27                                                              PURE v. Falken
                                                                   05 CV 2299
28                                                                     PAGE 2